UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JACQUELINE LUMPKIN                                    CIVIL ACTION

VERSUS                                                NO. 18-6644

CITY HALL, et al.                                     SECTION: "G"(2)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against defendants are **DISMISSED WITH PREJUDICE** for failure to prosecute.

**NEW ORLEANS, LOUISIANA,** this __6th__ day of December, 2018.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**